JTW 03 10 21
JDP: USAO#2020R00806

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO.** SAG-21-061 |
| | * | |
| **ANTONIO MELVIN,** | * | (Felon in Possession of Firearm, 18 |
| | * | U.S.C. § 922(g); Forfeiture, 18 U.S.C. |
| **Defendant** | * | § 924(d), 28 U.S.C. § 2461(c)) |
| | * | |
| | * | |
| | ******* | |

## INDICTMENT

### COUNT ONE
### (Felon in Possession of Firearm)

The Grand Jury for the District of Maryland charges that:

On or about October 28, 2020, in the District of Maryland, the defendant,

**ANTONIO MELVIN,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a North American Arms NAA22 .22 caliber revolver with serial number C72157, in and affecting commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), in the event of Defendant's conviction on this Indictment.

2. Pursuant to 18 U.S.C. § 924(d), upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States of America any firearms and ammunition involved in that offense.

### Property Subject to Forfeiture

3. The property to be forfeited includes, but is not limited to, the following:

    a. a North American Arms NAA22 .22 caliber revolver with serial number C72157.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

*Jonathan F. Lenzner/JDP*
Jonathan F. Lenzner
Acting United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

Foreperson

03/11/2021
Date

2